In re WILLIAMS. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) In the matter of Jennie Perkins Williams, an alleged incompetent person. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 131 N. Y. Supp. 1150.

WINBLAD, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Hildegard Winblad against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

WINTERS, Respondent, v. REDMOND et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by George L. Winters against Jas. Redmond and another. No opinion. Judgment and order affirmed, with costs. See, also, 144 App. Div. 897, 129 N. Y. Supp. 1151.

WISSLER v. CITY OF NEW YORK. (Supreme Court, Appellate Term. December 22, 1911.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by Margaret A. Wissler against the City of New York. From a judgment for plaintiff, after a trial without a jury, defendant appeals. Reversed, and new trial ordered. Archibald R. Watson (Theodore Connoly and Loyal Leale, of counsel), for appellant. Charles J. Lane, for respondent.

PER CURIAM. The admission of the testimony as to the service of the summons, upon the agent of the premises, after the accident, was prejudicial error. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

WOLF et al., Respondents, v. UNION WAXED & PARCHMENT PAPER CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Edwin Wolf and others against the Union Waxed & Parchment Paper Company. L. L. Gilbert, for appellant. W. J. Rose, for respondents. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

WOODING v. THOM (two cases). (Supreme Court, Appellate Division, First Department. January 12, 1912.) Actions by Belle Wooding against William B. Thom. No opinions. Motion for leave to appeal to Court of Appeals granted, and motion for reargument denied. Order filed. For former opinion, see 132 N. Y. Supp. 50.

ZALOOM, Respondent, v. GANIM et al., Appellants. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Selim F. Zaloom against Beshara Ganim and another. B. Patterson, for appellants. S. J. Siegel, for respondent. No opinion. Determination (72 Misc. Rep. 36, 129 N. Y. Supp. 85) affirmed, with costs. Order filed.

END OF CASES IN VOL. 132

✱